UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TALL TIMBERS CONDOMINIUMS
UNIT OWNERS' ASSOCIATION, INC.

    Plaintiff,

v

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Defendant.

Case No. 1:17-cv-669-TSB
Hon. Timothy S. Black
Magistrate Judge Karen L. Litkovitz

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

Upon the filing and reading of the Stipulation of Dismissal with Prejudice and without Costs to Either Party (Doc # 13) of the parties and the Court being advised in the premises;

**IT IS HEREBY ORDERED** that this Civil Action is dismissed with prejudice and without costs to any party.

This is a final entry disposing of all claims and causes of action in this matter.

**IT IS SO ORDERED.**

Date: 7/17/18

Timothy S. Black
United States District Judge